# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Tyrone Elliott,<br><br>　　　　　　　　　　　*Debtor.* | Case No. 26-12297<br>Chapter 13 |

## CERTIFICATION OF SERVICE

I, Michael A. Cibik, certify that on May 27, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: May 27, 2026

*/s/ Michael A. Cibik*
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service – CM/ECF:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Standing Chapter 13 Trustee (TBD)**

## Method of Service - First Class Mail

**LVNV Funding LLC/Resurgent
Capital Services**
Resurgent Correspondence
Attn: Bankruptcy
P.O. Box 1269
Greenville, SC 29602

**Mohela**
Attn: Bankruptcy
633 Spirit Dr
Chesterfield, MO 63005-1243

**Ocwen Loan Servicing, Llc**
Attn. Bankruptcy
1661 Worthington Rd., Suite 100
West Palm Beach, FL 33409

**Revenue Collection Bureau, Inc.**
5900 Torresdale Ave # 08
Philadelphia, PA 19135-4127

**Stern & Eisenberg, PC**
1581 Main St Ste 200
Warrington, PA 18976-3403

**Water Revenue Bureau**
c/o Pamela Elchert Thurmond
Tax Lit & Collections Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617