SOUTHEASTERN PA TRANSP AUTH   TYRONE ELLIOTT

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $120.43 | $1,910.79 |
| PENNA | $39.97 | $554.51 |
| PHILA | $48.70 | $675.54 |
| AFLAC-PRETAX | $39.54 | $514.02 |
| AFLAC-POST TAX | $57.17 | $743.21 |
| HEALTH COPAY | $25.98 | $337.74 |
| RRTA TIER I | $94.60 | $1,316.64 |
| RRTA TIER II | $60.60 | $843.34 |
| ROTH 457B POST | $10.00 | $130.00 |
| UNION DUES | $0.00 | $360.90 |
| PRIMARY CHECK | $805.10 | $10,704.12 |

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 46.7 | $1,242.13 | $15,862.64 |
| TABLET TIME | 0 | 0.34 | $8.83 | $114.79 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $415.64 |
| PERSNL DAY | 0 | 0 | $0.00 | $1,039.10 |
| REV TECH USE | 0 | 0 | $18.68 | $241.24 |
| REPORTS TURNIN | 0 | 1.25 | $32.45 | $389.40 |
| PARKING ALLOW. | 0 | 0 | $0.00 | $28.00 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,302.09 | - | $209.10 | - | $287.89 | = | $805.10 | | 131574999 | $805.10 |
| Y TO D | $18,090.81 | - | $3,140.84 | - | $4,245.85 | = | $10,704.12 | 03-21-2026 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

CITIZENS BANK

XXXXXXXXXXXXXXXXX

CHECK

$805.10

TO THE
ORDER
OF

TYRONE ELLIOTT
6244 N BOUVIER STREET
PHILADELPHIA PA    19141

03-27-2926

SOUTHEASTERN PA TRANSP AUTH   TYRONE ELLIOTT

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $120.43 | $2,031.22 |
| PENNA | $39.97 | $594.48 |
| PHILA | $48.70 | $724.24 |
| AFLAC-PRETAX | $39.54 | $553.56 |
| AFLAC-POST TAX | $57.17 | $800.38 |
| HEALTH COPAY | $25.98 | $363.72 |
| RRTA TIER I | $94.60 | $1,411.24 |
| RRTA TIER II | $60.59 | $903.93 |
| ROTH 457B POST | $10.00 | $140.00 |
| UNION DUES | $60.15 | $421.05 |
| PRIMARY CHECK | $756.96 | $11,461.08 |

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 46.7 | $1,242.13 | $17,104.77 |
| TABLET TIME | 0 | 0.34 | $8.83 | $123.62 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $415.64 |
| PERSNL DAY | 0 | 0 | $0.00 | $1,039.10 |
| REV TECH USE | 0 | 0 | $18.68 | $259.92 |
| REPORTS TURNIN | 0 | 1.25 | $32.45 | $421.85 |
| PARKING ALLOW. | 0 | 0 | $12.00 | $40.00 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,314.09 | - | $209.10 | - | $348.03 | = | $756.96 | | 131583758 | $756.96 |
| Y TO D | $19,404.90 | - | $3,349.94 | - | $4,593.88 | = | $11,461.08 | 03-28-2026 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

CITIZENS BANK

XXXXXXXXXXXXXXXXX

CHECK

$756.96

TO THE
ORDER
OF

TYRONE ELLIOTT
6244 N BOUVIER STREET
PHILADELPHIA PA    19141

04-02-2026

SOUTHEASTERN PA TRANSP AUTH   TYRONE ELLIOTT

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $120.43 | $2,151.65 |
| PENNA | $39.97 | $634.45 |
| PHILA | $48.70 | $772.94 |
| AFLAC-PRETAX | $39.54 | $593.10 |
| AFLAC-POST TAX | $57.17 | $857.55 |
| HEALTH COPAY | $25.98 | $389.70 |
| RRTA TIER I | $94.60 | $1,505.84 |
| RRTA TIER II | $60.59 | $964.52 |
| ROTH 457B POST | $10.00 | $150.00 |
| UNION DUES | $0.00 | $421.05 |
| PRIMARY CHECK | $805.11 | $12,266.19 |

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 46.7 | $1,242.13 | $18,346.90 |
| TABLET TIME | 0 | 0.34 | $8.83 | $132.45 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $415.64 |
| PERSNL DAY | 0 | 0 | $0.00 | $1,039.10 |
| REV TECH USE | 0 | 0 | $18.68 | $278.60 |
| REPORTS TURNIN | 0 | 1.25 | $32.45 | $454.30 |
| PARKING ALLOW. | 0 | 0 | $0.00 | $40.00 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,302.09 | - | $209.10 | - | $287.88 | = | $805.11 | | 131590911 | $805.11 |
| Y TO D | $20,706.99 | - | $3,559.04 | - | $4,881.76 | = | $12,266.19 | 04-04-2026 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

CITIZENS BANK

XXXXXXXXXXXXXXXXX

CHECK

$805.11

TO THE
ORDER
OF

TYRONE ELLIOTT
6244 N BOUVIER STREET
PHILADELPHIA PA    19141

04-10-2026

SOUTHEASTERN PA TRANSP AUTH   TYRONE ELLIOTT

|  | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $120.43 | $2,272.08 |
| PENNA | $39.97 | $674.42 |
| PHILA | $48.70 | $821.64 |
| AFLAC-PRETAX | $39.54 | $632.64 |
| AFLAC-POST TAX | $57.17 | $914.72 |
| HEALTH COPAY | $25.98 | $415.68 |
| RRTA TIER I | $94.59 | $1,600.43 |
| RRTA TIER II | $60.59 | $1,025.11 |
| ROTH 457B POST | $10.00 | $160.00 |
| UNION DUES | $60.15 | $481.20 |
| PRIMARY CHECK | $744.97 | $13,011.16 |

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 46.7 | $1,242.13 | $19,589.03 |
| TABLET TIME | 0 | 0.34 | $8.83 | $141.28 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $415.64 |
| PERSNL DAY | 0 | 0 | $0.00 | $1,039.10 |
| REV TECH USE | 0 | 0 | $18.68 | $297.28 |
| REPORTS TURNIN | 0 | 1.25 | $32.45 | $486.75 |
| PARKING ALLOW. | 0 | 0 | $0.00 | $40.00 |

|  | EARNINGS |  | TAXES |  | DEDUCTIONS |  | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,302.09 | - | $209.10 | - | $348.02 | = | $744.97 |  | 131599573 | $744.97 |
| Y TO D | $22,009.08 | - | $3,768.14 | - | $5,229.78 | = | $13,011.16 | 04-11-2026 |  |  |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

CITIZENS BANK

XXXXXXXXXXXXXXXXX

CHECK

$744.97

TO THE
ORDER
OF

TYRONE ELLIOTT
6244 N BOUVIER STREET
PHILADELPHIA PA    19141

04-17-2026

SOUTHEASTERN PA TRANSP AUTH   TYRONE ELLIOTT

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 46.7 | $1,242.13 | $20,831.16 |
| TABLET TIME | 0 | 0.34 | $8.83 | $150.11 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $415.64 |
| PERSNL DAY | 0 | 0 | $0.00 | $1,039.10 |
| REV TECH USE | 0 | 0 | $18.68 | $315.96 |
| REPORTS TURNIN | 0 | 1.25 | $32.45 | $519.20 |
| PARKING ALLOW. | 0 | 0 | $0.00 | $40.00 |

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $120.43 | $2,392.51 |
| PENNA | $39.97 | $714.39 |
| PHILA | $48.70 | $870.34 |
| AFLAC-PRETAX | $39.54 | $672.18 |
| AFLAC-POST TAX | $57.17 | $971.89 |
| HEALTH COPAY | $25.98 | $441.66 |
| RRTA TIER I | $94.60 | $1,695.03 |
| RRTA TIER II | $60.59 | $1,085.70 |
| ROTH 457B POST | $10.00 | $170.00 |
| UNION DUES | $0.00 | $481.20 |
| PRIMARY CHECK | $805.11 | $13,816.27 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,302.09 | - | $209.10 | - | $287.88 | = | $805.11 | | 131606765 | $805.11 |
| Y TO D | $22,311.17 | - | $3,977.24 | - | $5,517.66 | = | $13,816.27 | 04-18-2026 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

CITIZENS BANK

XXXXXXXXXXXXXXXXX

CHECK

$805.11

TO THE
ORDER
OF

TYRONE ELLIOTT
6244 N BOUVIER STREET
PHILADELPHIA PA   19141

04-24-2026

SOUTHEASTERN PA TRANSP AUTH   TYRONE ELLIOTT

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $120.43 | $2,512.94 |
| PENNA | $39.97 | $754.36 |
| PHILA | $48.70 | $919.04 |
| AFLAC-PRETAX | $39.54 | $711.72 |
| AFLAC-POST TAX | $57.17 | $1,029.06 |
| HEALTH COPAY | $25.98 | $467.64 |
| RRTA TIER I | $94.60 | $1,789.63 |
| RRTA TIER II | $60.60 | $1,146.30 |
| ROTH 457B POST | $10.00 | $180.00 |
| UNION DUES | $60.15 | $541.35 |
| PRIMARY CHECK | $744.95 | $14,561.22 |

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 46.7 | $1,242.13 | $22,073.29 |
| TABLET TIME | 0 | 0.34 | $8.83 | $158.94 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $415.64 |
| PERSNL DAY | 0 | 0 | $0.00 | $1,039.10 |
| REV TECH USE | 0 | 0 | $18.68 | $334.64 |
| REPORTS TURNIN | 0 | 1.25 | $32.45 | $551.65 |
| PARKING ALLOW. | 0 | 0 | $0.00 | $40.00 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,302.09 | - | $209.10 | - | $348.04 | = | $744.95 | | 131615468 | $744.95 |
| Y TO D | $24,613.26 | - | $4,186.34 | - | $5,865.70 | = | $14,561.22 | 04-25-2026 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

CITIZENS BANK

XXXXXXXXXXXXXXXXX

CHECK

$744.95

TO THE
ORDER
OF

TYRONE ELLIOTT
6244 N BOUVIER STREET
PHILADELPHIA PA    19141

05-01-2026

SOUTHEASTERN PA TRANSP AUTH   TYRONE ELLIOTT

|  | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $120.43 | $2,633.37 |
| PENNA | $39.97 | $794.33 |
| PHILA | $48.70 | $967.74 |
| AFLAC-PRETAX | $39.54 | $751.26 |
| AFLAC-POST TAX | $57.17 | $1,086.23 |
| HEALTH COPAY | $25.98 | $493.62 |
| RRTA TIER I | $94.60 | $1,884.23 |
| RRTA TIER II | $60.59 | $1,206.89 |
| ROTH 457B POST | $10.00 | $190.00 |
| UNION DUES | $0.00 | $541.35 |
| PRIMARY CHECK | $805.11 | $15,366.33 |

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 46.7 | $1,242.13 | $23,315.42 |
| TABLET TIME | 0 | 0.34 | $8.83 | $167.77 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $415.64 |
| PERSNL DAY | 0 | 0 | $0.00 | $1,039.10 |
| REV TECH USE | 0 | 0 | $18.68 | $353.32 |
| REPORTS TURNIN | 0 | 1.25 | $32.45 | $584.10 |
| PARKING ALLOW. | 0 | 0 | $0.00 | $40.00 |

|  | EARNINGS |  | TAXES |  | DEDUCTIONS |  | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,302.09 | - | $209.10 | - | $287.88 | = | $805.11 |  | 131622688 | $805.11 |
| Y TO D | $25,915.35 | - | $4,395.44 | - | $6,153.58 | = | $15,366.33 | 05-02-2026 |  |  |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

CITIZENS BANK

XXXXXXXXXXXXXXXXX

CHECK

$805.11

TO THE
ORDER
OF

TYRONE ELLIOTT
6244 N BOUVIER STREET
PHILADELPHIA PA    19141

05-08-2026

SOUTHEASTERN PA TRANSP AUTH   TYRONE ELLIOTT

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $159.82 | $2,793.19 |
| PENNA | $45.47 | $839.80 |
| PHILA | $55.40 | $1,023.14 |
| AFLAC-PRETAX | $39.54 | $790.80 |
| AFLAC-POST TAX | $57.17 | $1,143.40 |
| HEALTH COPAY | $25.98 | $519.60 |
| RRTA TIER I | $108.29 | $1,992.52 |
| RRTA TIER II | $69.37 | $1,276.26 |
| ROTH 457B POST | $10.00 | $200.00 |
| UNION DUES | $60.15 | $601.50 |
| PRIMARY CHECK | $873.99 | $16,240.32 |

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 53.3 | $1,418.58 | $24,734.00 |
| TABLET TIME | 0 | 0.34 | $8.83 | $176.60 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $415.64 |
| PERSNL DAY | 0 | 0 | $0.00 | $1,039.10 |
| REV TECH USE | 0 | 0 | $21.32 | $374.64 |
| REPORTS TURNIN | 0 | 1.25 | $32.45 | $616.55 |
| PARKING ALLOW. | 0 | 0 | $24.00 | $64.00 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,505.18 | - | $260.69 | - | $370.50 | = | $873.99 | | 131631427 | $873.99 |
| Y TO D | $27,420.53 | - | $4,656.13 | - | $6,524.08 | = | $16,240.32 | 05-09-2026 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

CITIZENS BANK

XXXXXXXXXXXXXXXXX

CHECK

$873.99

TO THE
ORDER
OF

TYRONE ELLIOTT
6244 N BOUVIER STREET
PHILADELPHIA PA    19141

05-15-2026

SOUTHEASTERN PA TRANSP AUTH   TYRONE ELLIOTT

|  | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $159.82 | $2,793.19 |
| PENNA | $45.47 | $839.80 |
| PHILA | $55.40 | $1,023.14 |
| AFLAC-PRETAX | $39.54 | $790.80 |
| AFLAC-POST TAX | $57.17 | $1,143.40 |
| HEALTH COPAY | $25.98 | $519.60 |
| RRTA TIER I | $108.29 | $1,992.52 |
| RRTA TIER II | $69.37 | $1,276.26 |
| ROTH 457B POST | $10.00 | $200.00 |
| UNION DUES | $60.15 | $601.50 |
| PRIMARY CHECK | $873.99 | $16,240.32 |

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 53.3 | $1,418.58 | $24,734.00 |
| TABLET TIME | 0 | 0.34 | $8.83 | $176.60 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $415.64 |
| PERSNL DAY | 0 | 0 | $0.00 | $1,039.10 |
| REV TECH USE | 0 | 0 | $21.32 | $374.64 |
| REPORTS TURNIN | 0 | 1.25 | $32.45 | $616.55 |
| PARKING ALLOW. | 0 | 0 | $24.00 | $64.00 |

|  | EARNINGS |  | TAXES |  | DEDUCTIONS |  | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,505.18 | - | $260.69 | - | $370.50 | = | $873.99 |  | 131631427 | $873.99 |
| Y TO D | $27,420.53 | - | $4,656.13 | - | $6,524.08 | = | $16,240.32 | 05-09-2026 |  |  |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

CITIZENS BANK

XXXXXXXXXXXXXXXXX

CHECK

$873.99

TO THE
ORDER
OF

TYRONE ELLIOTT
6244 N BOUVIER STREET
PHILADELPHIA PA    19141

05-15-2026

SOUTHEASTERN PA TRANSP AUTH  TYRONE ELLIOTT

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $159.82 | $2,953.01 |
| PENNA | $45.47 | $885.27 |
| PHILA | $55.40 | $1,078.54 |
| AFLAC-PRETAX | $39.54 | $830.34 |
| AFLAC-POST TAX | $57.17 | $1,200.57 |
| HEALTH COPAY | $25.98 | $545.58 |
| RRTA TIER I | $108.30 | $2,100.82 |
| RRTA TIER II | $69.36 | $1,345.62 |
| ROTH 457B POST | $10.00 | $210.00 |
| UNION DUES | $0.00 | $601.50 |
| PRIMARY CHECK | $910.14 | $17,150.46 |

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 53.3 | $1,418.58 | $26,152.58 |
| TABLET TIME | 0 | 0.34 | $8.83 | $185.43 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $415.64 |
| PERSNL DAY | 0 | 0 | $0.00 | $1,039.10 |
| REV TECH USE | 0 | 0 | $21.32 | $395.96 |
| REPORTS TURNIN | 0 | 1.25 | $32.45 | $649.00 |
| PARKING ALLOW. | 0 | 0 | $0.00 | $64.00 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,481.18 | - | $260.69 | - | $310.35 | = | $910.14 | | 131638658 | $910.14 |
| Y TO D | $28,901.71 | - | $4,916.82 | - | $6,834.43 | = | $17,150.46 | 05-16-2026 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

CITIZENS BANK

XXXXXXXXXXXXXXXXX

CHECK

$910.14

TO THE
ORDER
OF

TYRONE ELLIOTT
6244 N BOUVIER STREET
PHILADELPHIA PA   19141

05-22-2026